EL PUEBLO, DEMANDANTE Y APELADO, *v.* LÓPEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por acometimiento y agresión con circunstancias agravantes.

No. 1069.—Resuelto en julio 21, 1916.

SUSPENSIÓN DEL JUICIO—ENFERMEDAD DEL HIJO DEL ACUSADO—DISCRECIÓN JUDI-CIAL—ABUSO DE DISCRECIÓN.—Una moción para que se suspenda un juicio basada en que el acusado no estaba preparado debido a que, por enfermedad de un hijo suyo, no había podido notificar a su abogado, y que el hijo mientras tanto había fallecido, se dirige a la discreción de la corte. Al apelante corresponde probar que hubo abuso de discreción o que se cometió una injusticia. La moción debe ser jurada.

Los hechos están expresados en la opinión.
Abogado del apelante: Sr. *Juan B. Huyke.*
Abogado del apelado: Sr. *Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

No se presentó alegato en este caso, pero en la vista compareció el apelante por medio de abogado para solicitar la revocación de la sentencia, fundado en la negativa de la corte a ordenar la suspensión del juicio. La moción pidiendo la suspensión se basó en el hecho que fué alegado, de que debido a la enfermedad de uno de sus hijos el acusado no había podido notificar a su abogado y que el hijo había fallecido mientras tanto. Una negativa de esta clase está basada en la discreción de la corte y el apelante estaba obligado a

hacer constar que hubo abuso de discreción. La moción no iba acompañada de un juramento y no tenemos idea alguna de si la corte dió o no crédito a la manifestación hecha por el acusado, o qué razones pudo tener la corte, o si ésta hizo otras preguntas al acusado. Estaba en el deber el apelante de mostrarnos que se había cometido una injusticia. El caso fué a juicio, en el que estuvo representado el acusado por otro abogado; llevó consigo testigos de su vecindad, y no existe nada en los autos que pueda indicar que no tuvo un juicio imparcial. No se ha alegado o demostrado que se haya cometido algún error y debe confirmarse la sentencia.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.